≈JS 45 (5/97) - (Revised U S D C MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   11-mj-7064-JCB through 11-mj-7079-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Wei Xing Chen    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Ah-Hung, Lo Biu, Lo Gai

Address: (City & State) Cambridge, MA

Birth date (Yr only): 1961   SSN (last4#): 0745   Sex M   Race: Asian   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA Timothy E. Moran    Bar Number if applicable _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: Cantonese

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 30, 2011    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Wei Xing Chen a/k/a Ah-Hung a/k/a Lo Biu a/k/a Lo Gai

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Distribute MDMA and BZP | 1 |
| Set 2 | 18 USC § 371 | Conspiracy to Violate the Mann Act | 3 |
| Set 3 | 28 USC § 853 | Criminal Forfeiture | |
| Set 4 | 18 USC § 2428(a) | Criminal Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

※JS 45 (5/97) - (Revised U S D C MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 11-mj-7064-JCB through 11-mj-7079-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Xiaohong Xue      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Tina

Address: (City & State) Cambridge, MA

Birth date (Yr only): 1969    SSN (last4#): 7590    Sex F    Race: Asian    Nationality: _____

**Defense Counsel if known:** _____      **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Timothy E. Moran      Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Cantonese

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 30, 2011      Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Xiaohong Xue a/k/a Tina

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC § 371 | Conspiracy to Violate the Mann Act | 3 |
| Set 2  18 USC § 2428(a) | Criminal Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

✎JS 45 (5/97) - (Revised U.S D C MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| Field | Value |
|---|---|
| Place of Offense: | |
| Category No. | II |
| Investigating Agency | FBI |
| City | Boston |
| County | Suffolk |

**Related Case Information:**
- Superseding Ind./ Inf. _____   Case No. _____
- Same Defendant _____   New Defendant _____
- Magistrate Judge Case Number: 11-mj-7064-JCB through 11-mj-7079-JCB
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

- Defendant Name: Yue Q. He   Juvenile: ☐ Yes  ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
- Alias Name: Ah-Kay, Ah-Ken
- Address: (City & State)
- Birth date (Yr only): ____   SSN (last4#): ____   Sex: M   Race: Asian   Nationality: ____
- Defense Counsel if known: ____   Address: ____
- Bar Number: ____

**U.S. Attorney Information:**

- AUSA: Timothy E. Moran   Bar Number if applicable: ____
- Interpreter: ☑ Yes  ☐ No   List language and/or dialect: Toisanese
- Victims: ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No
- Matter to be SEALED: ☑ Yes  ☐ No
  - ☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

- Arrest Date: ____
- ☐ Already in Federal Custody as of ____ in ____
- ☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 30, 2011          Signature of AUSA: *[signature]*

JS 45 (5/97)  (Revised U S D.C  MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Yue Q. He a/k/a Ah-Kay a/k/a Ah-Ken

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Distribute MDMA and BZP | 1 |
| Set 2 | 21 USC § 841(a)(1) & 18 USC § 2 | Distribution of Benzylpiperazine and Aiding and Abetting | 2 |
| Set 3 | 18 USC § 371 | Conspiracy to Violate the Mann Act | 3 |
| Set 4 | 28 USC § 853 | Criminal Forfeiture | |
| Set 5 | 18 USC § 2428(a) | Criminal Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011