## AFFIDAVIT OF FBI SPECIAL AGENT THOMAS CONBOY

Thomas Conboy, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states as follows:

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516, Title 18, United States Code.

2.      I have been a Special Agent with the FBI for approximately 9 years.  Prior to joining the FBI, I was a police officer with the Boston Police Department for 7 years.  I am presently assigned to the Organized Crime Task Force of the FBI in Boston, which is comprised of FBI agents, Boston Police Department (BPD) officers, special agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and special agents of the Internal Revenue Service, Criminal Investigation ("IRS"), who specialize in the investigation of the illegal activities of criminal organizations, including narcotics distribution, money laundering, illegal gambling, extortion, alien smuggling, racketeering, and human trafficking.  I have participated in several investigations of such crimes using wire and physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, cooperating witnesses, and confidential informants, the execution of search warrants, debriefings of informants and other witnesses, and reviews of taped conversations and drug records.

3.      Through my training, education and experience, I have become familiar with the manner in which organized crime groups and other criminal organizations operate.  In particular, I have become familiar with the habits, methods, routines, practices and procedures commonly used by persons engaged in the trafficking of illegal drugs.  I have also become familiar with the

manner in which illegal drugs are transported, stored, and distributed, and with the methods of payment for such drugs. I am also familiar with the various items used to compound, process, deliver, and serve as containers for cocaine, crack cocaine, heroin, and other controlled substances. Similarly, I have become familiar with the operation of illegal gambling enterprises, including the methods in which gambling debts are enforced and collected. I have also become familiar with the operation of brothels, including interstate and foreign trafficking in women for the purposes of prostitution. Specifically, I am aware that criminals commonly use cellular telephones in furtherance of their criminal activities and that they frequently change cellular telephone numbers and cellular telephones in an effort to thwart law enforcement's use of electronic surveillance. I am also familiar with the manner in which criminals use telephones; coded, veiled, or slang-filled telephone conversations; pagers; coded pager messages; and other means to facilitate their illegal activities. I am also familiar with the vernacular or street names for buyers and sellers of drugs and the various methods used by such persons to disguise the subject matters of their conversations and their operations.

4. Since January 1, 2011, I have been involved with other FBI special agents, the Boston Police Department, special agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), special agents of the Internal Revenue Service, Criminal Investigation ("IRS"), and other federal, state, and local law enforcement officers and agents, in an investigation focused primarily on the illegal activities of Asian criminal organizations, including narcotics distribution, money laundering, illegal gambling, extortion, alien smuggling, racketeering, human trafficking, and prostitution in and affecting the greater Boston area. The investigation is still ongoing, and thus far has resulted in three criminal indictments now pending

in this District, *United States v. JOHN WILLIS a/k/a "Bac Guai John," BRANT WELTY, PETER MELENDEZ a/k/a "Shrek," AIBUN ENG, BRIAN BOWES, KEVIN BARANOWSKI, MICHAEL CLEMENTE, a/k/a "Ricky Martin," MICHAEL SHAW, MARK THOMPSON, STEVEN LE a/k/a "Little Stevie," VINCENT ALBERICO, BRIDGET WELTY, and ANEVAY DUFFY a/k/a "Homegirl,"* No. 11-cr-10212-JLT; *United States v. MINH CAM LUONG, a/k/a "Ming Jai," SONGZENG CAO, a/k/a "Andy," YAO ZHENG CAO, a/k/a "Sam," JIAN MING CHEN, a/k/a "Fun Cao, a/k/a "Fun Gao," VAPENG JOE, a/k/a "John Joe," ELBURKE LAMSON, a/k/a "Son," HIN PAU a/k/a "Ah-Bo," a/k/a "Bao," TAN NGO, a/k/a "Bai Ming," JUDY HUYEN TRUONG, a/k/a "Huyen," and HUI ZHOU a/k/a "Philip,"* No. 11-cr-10251-PBS; and *United States v. WEI XING CHEN a/k/a "Ah-Hung," a/k/a "Lo Biu," a/k/a "Lo Gai," YUE Q. HE, a/k/a "Ah-Kay," a/k/a "Ah-Ken," and XIAOHONG XUE, a/k/a "Tina,"* No. 11-cr-10252-NMG.

5.      This affidavit contains information based on my own personal participation in the investigation, information I have received from other agents and officers involved in the investigation, and information that the investigation has obtained through a combination of physical surveillance, pole camera surveillance, and electronic surveillance pursuant to Title III of several telephones being used by targets of the investigation.  It does not contain all of the information that I know about the investigation.  It is submitted in support of the government's motion to detain certain defendants (the "Targets").

## BACKGROUND OF THE INVESTIGATION

6.      These indictments arise from a long-term investigation into drug-trafficking, illegal gambling, extortion, prostitution, and other criminal activity in the Chinatown area of Boston and elsewhere.  The investigation involved the use of cooperating sources, court

authorized Title III wire and electronic surveillance, physical surveillance, controlled buys, searches, seizures of drugs and money, and other techniques. The investigation was first authorized to use Title III electronic surveillance in October 7, 2010, and surveillance of various pertinent telephones continued, with occasional brief interruptions, from then until May 27, 2011. Wire surveillance was conducted of telephones used by WEI XING CHEN, MING CAM LUONG, JOHN WILLIS, BRANT WELTY, and VAPENG JOE. The investigation to date has resulted in the seizure of at least $340,000, thirteen firearms, approximately 12,000 pills of suspected oxycodone, and extensive evidence of illegal gambling and prostitution.

7.      To date, the grand jury has returned three indictments listed above, principally charging a conspiracy to distribute and possess with intent to distribute oxycodone, marijuana and human growth hormone (the *Willis* case, No. 11-10212); an illegal gambling business ("IGB") and extortionate collections of debt (the *Luong* case, No. 11-10251); and a conspiracy to distribute and possess with intent to distribute MDMA and BZP and a conspiracy to induce individuals to travel in interstate commerce to engage in prostitution, otherwise known as the Mann Act (the *Chen* case, No. 11-10252). Each of these criminal operations was headed by its lead defendant, JOHN WILLIS a/k/a "Bac Guai John;" MING CAM LUONG a/k/a "Ming Jai" (hereinafter MING JAI"); and WEI XING CHEN a/k/a "Ah-Hung," a/k/a "Lo Biu," a/k/a "Lo Gai" (hereinafter "WEI CHEN").

8.      WILLIS, MING JAI and WEI CHEN are all significant organized crime figures. WILLIS, who is Caucasian but speaks fluent Cantonese, has been involved in Asian Organized Crime since the 1990s. WILLIS was one of the very few non-Asians in the gang of young men who "followed" defendant TAN NGO during the late 1980's or early 1990's while the Ping On

Gang was vying with other criminal organization for control of Chinatown. WILLIS associated

with WEI CHEN, MING JAI, JOE and others and has bragged of his connection with traditional

organized crime groups such as the LCN. WILLIS has criminal convictions for assault and

battery, assault and battery with a dangerous weapon (knife), threatening bodily harm, for which

he served two years (Massachusetts, 2001); possession of a class A substance with intent to

distribute (Massachusetts, 1996), for which he was sentenced to serve 6 to 8 years after a

probation violation (2001); threatening with the intent to extort and assault and battery

(Massachusetts, 1992); assault and battery and threatening to kill (Massachusetts, 1991); and

operating after suspended license at various times.

9.      As discussed below, MING JAI has been criminally active in Boston's Chinatown

and elsewhere since the 1990s. He was a member of the Ping On Gang and, after the flight of its

leader, Steven Tse (the "Sky Dragon"), vied for control of the Gang. As discussed below, MING

JAI has connections to criminal groups in New York and elsewhere. WEI CHEN is also a

significant Asian Organized Crime figure because of his long presence in the criminal

community and his connections to other, more dangerous organized crime targets. Through his

cousin Tong Chen, WEI CHEN has criminal connections to New York's Chinatown as well.

WEI CHEN has been active in crime for many years. For example, WEI CHEN bragged that he

and Tong Chen were the first to smuggle six Chinese nationals into the United States in the

1990s.

10.      Among other links among the three indicted cases are that JOHN WILLIS and

other defendants in No. 11-cr-10212-JLT have frequented both WEI CHEN's brothels and MING

JAI's gambling dens; WEI CHEN, in addition to running brothels, also takes bets on sporting

events and works with and/or for MING JAI in connection with the sports betting side of MING

JAI's IGB; various employees of MING JAI's IGB frequent WEI XING CHEN's brothels; and

some of MING JAI's employees, including VAPENG JOE, hang out with, and are apparently

involved in criminal activities with WILLIS, either as part of their work for MING JAI, or as an

independent criminal activity with WILLIS.

### CASE NO. 11-CR-251-PBS

11.     On June 30, 2011, a grand jury in this District returned an indictment charging

defendants MINH CAM LUONG, a/k/a "Ming Jai," SONGZENG CAO a/k/a "Andy," YAO

ZHENG CAO a/k/a "Sam," JIAN MING CHEN a/k/a "Fun Cao," a/k/a "Fun Gao," VAPENG

JOE a/k/a "John Joe," ELBURKE LAMSON a/k/a "Son," HIN PAU a/k/a "Ah-Bo," a/k/a "Bao,"

TAN NGO a/k/a "Bai Ming," a/k/a "Bike Ming," JUDY HUYEN TRUONG, a/k/a "Huyen," and

HUI ZHOU a/k/a "PHILLIP," a/k/a "Fillip" with participating in an illegal gambling business, in

violation of 18 U.S.C. § 1955.  The indictment also charged five of those defendants, MINH

CAM LUONG, a/k/a "Ming Jai," SONGZENG CAO a/k/a "Andy," YAO ZHENG CAO, a/k/a

"Sam," HIN PAU a/k/a "Ah-Bo," a/k/a "Bao," and HUI ZHOU, a/k/a "PHILLIP," a/k/a "Fillip"

with substantive and conspiracy violations of 18 U.S.C. § 894(a), involving collection of

extensions of credit  by extortionate means.  The investigation established that the illegal

gambling business (the "IGB") charged in Count One constituted a violation of the laws of the

Commonwealth of Massachusetts (Chapter 271, Sections 5, 5A, 8, 16A, 17, and 17A of the

General Laws of the Commonwealth of Massachusetts), involved five or more persons who

conducted all or part of such business, was in substantially continuous operation for a period in

excess of thirty days, and had a gross revenue of $2,000 in any single day.  In fact, as explained

below, the IGB involved far more than five participants, not including mere bettors; it was in substantially continuous operation from at least about January 2010 through June 30, 2011; and it generated much more in gross revenues than the required minimum $2,000 on numerous days during the course of its operations.

### The Illegal Gambling Business

12.    The investigation revealed that the IGB charged in Count One of the indictment had been based in two different gambling dens run by MING CAM LUONG, a/k/a "Ming Jai" (hereafter, "MING JAI"), the first of which operated at 40 Harrison Avenue in the Chinatown section of Boston from at least about January 2010 through about November 2010, and the second of which operated at 17-23 Beach Street, also in the Chinatown section of Boston, from about November 2010 through the date of the defendants' arrests on June 30, 2011.

13.    The 17-23 Beach Street gambling den comprised gaming rooms with tables for playing and betting on high-stakes Asian table games such as pai gau[1] and mahjong, facilities for placing and monitoring illegal sports betting on the Internet, and an office where the defendants stored money and records relating to the IGB, and kept track of its finances, including the amounts loaned to, and owed by, the IGB's customers and other borrowers, including individuals from whom the defendants collected and attempted to collect extensions of credit by extortionate means, as charged in Counts Two through Eleven of the indictment.

---

[1] Pai gau is a table game involving the use of colored dominoes.  Typically, eight players play at a pai gau table at one time, with two dealers alternating between hands.  From hundreds to thousands of dollars can be wagered on each hand, with each hand lasting only a few moments.

14.     A confidential informant, whom I will describe in this affidavit as "CS-3,"[2] has been assisting the investigation from the outset. CS-3 visited the 40 Harrison Avenue gambling den several times under FBI supervision, and consensually recorded the high-stakes illegal gambling going on there on several occasions during the period while MING JAI was running the IGB from there. In addition to MING JAI himself, CS-3 consensually video-recorded numerous other people working in the Harrison Avenue gambling den between February and October 2010, including MING JAI, HIN PAU, SONGZENG CAO a/k/a "Andy," YAO ZHENG CAO a/k/a "Sam," JIAN MING CHEN a/k/a "Fun Cao," a/k/a "Fun Gao," VAPENG JOE a/k/a "John Joe," and others. CS-3 consensually recorded the pai gau table, where multiple shifts of pai gau dealers (usually working two at a time, in alternating shifts), on busy nights, generated many thousands of dollars in commissions per night for the IGB. CS-3 saw both marijuana and bags of pills in the gambling den, apparently there for use by, or distribution to, staff and customers of the gambling den.

15.     CS-3 reported an incident that occurred in October 2010 at the Harrison Avenue gambling den, where HIN PAU, who serves as MING JAI's primary security guard and "enforcer" had confronted a Vietnamese man in the gambling den about an unpaid debt. HIN PAU fought with the man in the gambling den, and then had told one of his associates to go get a "piece of metal," meaning a gun, which CS-3 was told was being kept nearby in case of need. Based on my training and experience, I know that it is common for criminals involved in this kind of lucrative, and sometimes violent, illegal business to keep firearms and ammunition

---

[2] "CS-3" has been cooperating with the FBI in Boston since late 2009 in anticipation of receiving a recommendation from the government for a lighter sentence in a criminal case pending against CS-3 in another federal district.

hidden, but close at hand, for situations where they are needed to protect the business and its proceeds, and to conceal them from discovery by law enforcement.

16.     In November, 2010, CS-3 made another of his several consensually recorded visits to MING JAI's 17-23 Beach Street gambling den.  CS-3 was allowed into the gambling den through a door that was remotely unlocked by someone who was apparently watching the surveillance video monitor.  25-30 people were inside the den, either gambling, or watching others gamble, at pai gau with two dealers.  While MING JAI spoke with CS-3, MING JAI was constantly interrupted by various other gambling den workers who were asking MING JAI questions and providing information to him.  Most of the gamblers were Asians, but JOHN WILLIS (who was with Defendant VAPENG JOE, and with BRANT WELTY and BRIAN BOWES, both defendants with WILLIS in the related criminal case, No. 11-cr-10212-JLT), was also there gambling that day.  After the consensual recording, CS-3 told agents that WILLIS and "Bai Ming" (a reference to defendant TAN NGO, a/k/a "Bai Ming" (hereafter, "TAN NGO") had some kind of deal going on, although NGO was not present at the gambling den on this occasion.

17.     On January 9, 2011, at 5:57 p.m., MING JAI made an outgoing call from target telephone 3 to Defendant SONGZENG CAO a/k/a "Andy" (hereafter, "ANDY"), SAM's older brother, who has also been working for MING JAI since at least February 2010.  In this conversation, ANDY said that he was at "Tinny's store" getting "it" (apparently collecting a gambling debt) from "Ah-Lim."[3]  MING JAI said that he needed to pay wages the next day.

_____

[3] These and other quoted or summarized conversation were primarily in either Vietnamese or Chinese.  All quotations are based on draft translated transcripts prepared by FBI translators.  Words in brackets are my conclusions as to meaning of or addition of certain words or phrases, based on my training, experience with the investigation, and consultation with other agents and the translators.

ANDY said that Lim would pay a few thousand [dollars] and that ANDY would lend MING JAI

$10,000 until Wednesday. This is one of many references by MING JAI's paying "salaries" of

gambling den workers, or having to collect money for the IGB's "payroll."

18.     On January 26, 2011, the Boston Police Department stopped a car driven by

ANDY and another IGB worker, who had just left the gambling den. The police recovered a

total of $1,868 from ANDY and exactly $10,000 from the other worker, which ANDY claimed

was money being held for ANDY's girlfriend. About one hour later, MING JAI, called his

girlfriend HUYEN TRUONG and they had a conversation during which MING JAI described the

money seized from ANDY as having been "money ... for the *ball* [games] paying out" and as

"tens and something of meters for two games," which a reference to over $10,000 which had

originated in the IGB's lucrative sports-betting operation.

19.     In early February 2011, CS-3 made another consensually recorded visit to MING

JAI's 17-23 Beach Street gambling den. Two gambling tables were in operation when CS-3

arrived, and later one table was closed to concentrate gamblers on the remaining table. CS-3

reported that the gambling den's "juice chart" -- apparently tracking proceeds for the day --

showed that within the past few hours, the gambling den had already made $8,000, although CS-

3 overheard people talking about the den's having made as much as $46,000.

20.     On February 5, 2011, at 11:54 a.m., MING JAI placed an outgoing call from

target telephone 3 to a man known as "Prince Fai," who knew MING JAI through common,

apparently criminal, associates. Prince Fai said that he heard that MING JAI was doing well.

MING JAI said "[p]retty good. Right now we're open and night. Things are even better now

that we are celebrating the New Year. Opening a business over here [in Boston] is better. It's

different from New York.  As long as you don't make any trouble or [unintel.], they won't bother you."  MING JAI also said that he had opened a "Hoi Ping Association": "my father is from Hoi Ping[4] and there is no Hoi Ping Association over here.  So, fuck, since everyone is out, why not open an association, as long as you have a license then they won't come and close you down....  Fuck, we just hang, hang a sign there."  Prince Fai answered "I see, just for show."  MING JAI was explaining that the "Hoi Ping Association," including the sign over the door to the Beach Street gambling den, was just a cover for his illegal activities.

21.     MING JAI then described his business: "this place is quite fucking big, my place... when I got the place... I have been back for over a year and helped, fuck, when I decided to do this here, everyone wants to work with me.  But I select the people to work with me."  Prince Fai said that "Ah-Poon" said that his boys worked with MING JAI for awhile and things were okay.  MING JAI agreed: "Ah-Poon and his several boys were working while I was just returning to town.  I had no base.  I had been away from Boston for more than 10 years.... by the time I had returned, there was no place for me.  These Fuzhou[5] kids had it, so I gave them 40% for them to work on."

22.     Prince Fai said that Ah-Poon and "Jimmy" had been his friends for a long time and had suggested that Prince Fai speak to MING JAI, which I believe meant to propose a joint criminal venture.  MING JAI said that "I have thought of going down to New York....  Ah-

---

[4]Hoi Ping, also known as Kaiping, is a city in the Gaungdong (formerly Canton) Province of southern China, which borders the city of Hong Kong.  Guangdong has historically been among the major sources of Chinese immigrants to the United States.

[5]Fuzhou is the capital and largest city of Fujian Province in northeast China, and a slang term for Fujianese.  Fujian has also historically been among the major sources of Chinese immigrants to the United States.

Cheung and a whole bunch of people have come out. They called me. I said fuck, I can't walk away. It's also getting close to New Year's. I said I'll see after the New Year's. So, I... I'll go down to visit all of you. We can then see, we can see what opportunities there are in the future." Prince Fai said that he was running a nightclub in Flushing, New York, which is home to a large Asian population. MING JAI said "[g]ambling is what I do now," including sports betting. Prince Fai said that he had not participated in gambling for 8 or 10 years, "because I'm too much the focus of attention myself and [unintel.] I didn't want to get involved in this kind of stuff.... You know the rule in New York. Right? New York is really no joke." MING JAI said that "Boston is like the countryside but Boston is quite wealthy..... But these country folks don't know any fucking thing. People like us, who always travel from city to city, ... everywhere, everywhere we have our own people in every city.... Then if something that doesn't seem right, when we do it in Boston."

23.     MING JAI next told Prince Fai that MING JAI's gambling business, which was open day and night, was so popular that it had generated a hundred thousand dollars just from New Year [February 3, 2011] to the day of this conversation [February 5, 2011], and that "when I'm open for business, when I'm open on a regular day, I get about sixty or seventy thousand dollars a week."

24.     In early March 2011, CS-3 made another consensually recorded visit to the 17-23 Beach Street gambling den, and subsequently reported that on this occasion, MING JAI (who was present, but was apparently allowing ANDY to run the place for the evening) had "leased" the gambling den to ANDY for the night (in an intercepted call, MING JAI explained that he was allowing other members of his staff to have opportunities to take on this kind of responsibility on

occasion). About 40 individuals were gambling, or watching the play. CS-3 photographed

MING JAI, HIN PAU, ANDY, Defendant VAPENG JOE, Defendant JIAN MING CHEN, a/k/a

"Fun Cao" (hereafter "FUN CAO"), TAN NGO, Defendant HUI ZHOU, a/k/a "Phillip"

(hereafter, "PHILLIP") and others working in the gambling den. CS-3 reported that FUN CAO

was watching the surveillance monitor and guarding the door; TAN NGO and ANDY were

"working the bank" (overseeing the gathering, payment, and lending of money). VAPENG JOE

was video-recorded dealing at the crowded pai gau table, with piles of commission money in

front of him. PHILLIP was doing whatever MING JAI told him to do. HIN PAU was there to

collect debts for MING JAI. CS-3 reported that the gambling den smelled like marijuana.

25.     I am aware that the gambling den uses sophisticated means to evade and avoid

law enforcement. MING JAI disguises the den with a sign for the "Hoi Ping Association" (which

MING JAI described in an intercepted call as the legitimate seeming, but fake, community

association name that he was using as a front for the gambling den). There was a locked metal

grate at the street-level door to the gambling den, through which patrons must be admitted after

being identified via a CCTV camera. CCTV cameras monitored the stairwell, and another

camera monitored the outside of the den's second floor entry door. Also, the conspirators were

sensitive to law enforcement surveillance as well. On March 4, 2011, at 12:27 p.m., VAPENG

JOE spoke to an unidentified male ("UM"), and asked the UM, "They are not following me,

aren't they?" The UM answered "I see two, it's no surprise if they were following you. Are they

still following you?" JOE said, "No, not following me." Later, JOE said "Don't look like they

are from the federal, just state." The UM said the "place [apparently referring to MING JAI's

Beach Street gambling den] has been opened for so long ... no one has been bothered to ask

anything, fuck, you know there has to be something." JOE said "I am not the boss, fuck what does it have to do with me.... I just work there, I am a dealer."

26.     Between about the evening of April 10, 2011, and the afternoon of April 14, 2011, MING JAI was hospitalized at Boston Medical Center receiving coronary care, apparently including coronary bypass surgery and the installation of one or two stents to improve blood circulation around his heart. However, even from his hospital bed, MING JAI continued his criminal activities over target telephone 3. MING JAI and HIN PAU discussed the IGB's rent and money-lending activities; HIN PAU then talked with MING JAI about an apparent drug transaction that had fallen through because the supplier was demanding payment up front. During MING JAI's hospitalization, HIN PAU was one of very few IGB participants with whom MING JAI discussed his medical situation. He told HIN PAU and the few trusted others (including HUYEN and MING JAI's sister in Southern California) not to disclose to anyone that MING JAI was ill.

27.     As an example of how much money was being generated at any given time, on May 11, 2011, at 5:27 p.m., MING JAI told HUYEN that there was between $70,000 and $90,000 in play at the gambling den, and that two gamblers, between them, had lost nearly $100,000, about $40,000 to $50,000 of which was "water money" (commissions paid to the gambling den).

28.     On May 24, 2011, at about 10:50 p.m., the Boston Police Department ("BPD"), acting on a state court warrant in order to avoid alerting the targets to the FBI's involvement in the investigation, raided MING JAI's gambling den at 17-23 Beach Street. At the time of the raid, a total of 43 people were in the gambling den. Among the IGB employees photographed by

BPD on this occasion were MING JAI, ANDY, SAM, PHILLIP, TAN NGO, a door man who was guarding the second-floor door when police arrived and attempted to prevent them from entering, and several other individuals, some of whom have been seen dealing pai gau in previous consensual video recordings, who have been identified by CS-3 as also working for MING JAI at the gambling den. BPD allowed gamblers to keep the money in their hands and in their pockets at the time of the raid, and allowed everyone to leave after having been identified and photographed. BPD seized a total of $27,617 in currency from the pai gau table and from a cabinet in MING JAI's office, along with various records of the IGB, including "Pai Gow" (according to CS-3, this is how pai gau is spelled at Western casinos) scoring sheets, ledgers, lists of figures, including figures described as "salary" or "expenses," and computer print-outs consistent with MING JAI's intercepted calls pertaining to the IGB's sports-betting website, which is probably what HIN PAU was checking during the February 10, 2011, consensual video described above.

29.     Immediately after leaving the gambling den following the raid, MING JAI called HUYEN TRUONG at 12:02 a.m. on May 25, 2011. In a shaky nervous voice, MING JAI told HUYEN that police had let him go, but that "a few tens of thousands of dollars" had been in the den. HUYEN was on her way to pick MING JAI up, but instead, MING JAI told her to hide the money that was in the Quincy condo that they share, and to contact "Bao" (HIN PAU) to assist her. Shortly thereafter, calls between MING JAI and HUYEN indicated that HUYEN had HIN PAU (whom she had been instructed by MING JAI to contact with respect to hiding the IGB's money) with her when she picked MING JAI up in Chinatown. To help MING JAI find her in the crowded Chinatown area, she instructed MING JAI to walk toward Sovereign Bank, at the

corner where HIN PAU was cursing at someone, and complained that she was stuck in the car with HIN PAU, so she could not come find MING JAI.

### Backgrounds of the Targets

30.     **MINH CAM LUONG a/k/a "Ming Jai,"(hereinafter MING JAI)** was born in 1964, and lives in Quincy.  MING JAI is the boss of the IGB described above, and collects debts, including gambling debts, by extortionate means.  MING JAI has criminal convictions for conspiracy to violate the controlled substance act (heroin), possession with intent to distribute a class A substance (heroin), assault and battery, possession of a class D substance, and second degree robbery.  MING JAI is a longtime Asian Organized Crime figure in Boston.  MING JAI was a member of the Ping On Gang, which was headed by Stephen Tse (the "Sky Dragon"). After Tse fled the country to avoid prosecution, MING JAI competed to take over the gang. Later, MING JAI was alleged to have been the leader of a faction of the Kam Shing Gang in Brooklyn. MING JAI was convicted in federal court in this District of heroin trafficking and sentenced to 87 months' imprisonment, a sentence that he completed in March 2004, followed by five years' supervised release, during which he was supervised by the Probation office in Los Angeles.  MING JAI's term of supervised release ended in March 2009.  As described above, by no later than January 2010, MING JAI had returned to Boston and resumed his criminal activities.  There is an outstanding ICE Order of Removal against MING JAI.

31.     **SONGZENG CAO a/k/a "Andy,"(hereinafter "ANDY")**, lives in Malden and was born in 1973.  ANDY works as, in effect, a middle-manager for MING JAI at MING JAI's Beach Street gambling den, and also worked for MING JAI at the former gambling den on Harrison Avenue.  ANDY is involved with MING JAI in collecting debts by extortionate means.

ANDY has no prior criminal convictions.

32.     In his role as "middle-management," ANDY had extensive responsibility for the day-to-day operations of the gambling den, as well as his involvement in debt collection as discussed below.  For example, ANDY was permitted to operate the gambling den one night.  As another example, on April 6 and 7, 2011, MING JAI spoke extensively with ANDY about his responsibilities.  MING JAI instructed him in extending and collecting gambling debts: to let the gamblers make some money game by game; to play it as if it were at night, as "Fei Lo" does, not as if it were morning; to pay various gamblers and others, including for collecting debts; to line up employees; and to tell him and others to have Fei Lo write down how much they took for commissions.  MING JAI and ANDY also discussed moving and paying multi-thousand dollar sums of money.

33.     **YAO ZHENG CAO, a/k/a "Sam" (hereafter, "SAM")**, ANDY's younger brother, lives in Somerville and was born in March 1978.  SAM has worked with ANDY for MING JAI at both of MING JAI's gambling dens on Harrison Avenue and Beach Street, and assists them in collecting debts by extortionate means.  He has one or more prior misdemeanor convictions arising from incidents in Burlingame, South San Francisco, and Redwood City, California.

34.     **JIAN MING CHEN a/k/a "Fun Cao," a/k/a "Fun Gao" ("FUN CAO")** lives in Brighton and was born in 1973.  FUN CAO has assisted MING JAI in the operation of his illegal gambling business at both the Harrison Avenue and Beach Street locations.  FUN CAO has criminal convictions for conspiracy to violate the controlled substance act (heroin), possession with intent to distribute a class A substance (heroin), assault and battery, assault and

battery with a dangerous weapon (shod foot), manufacture of a class A substance, distribution of a controlled substance in a school zone, possession of a class B substance, distribution of a class A substance, and possession of a controlled substance with intent to distribute. There is an outstanding ICE Removal Order against FUN CAO.

35.     **VAPENG JOE a/k/a "John Joe" (hereafter, "JOE")** resides in Quincy and was born in 1967. JOE is a criminal associate of JOHN WILLIS (the lead defendant in No. 11-cr-10212-JLT) and participates in the collection of debts with WILLIS. JOE works as a pai gau dealer at MING JAI's Beach Street gambling den. JOE has convictions for distribution of a class B substance and trafficking a class B substance (1987), for which he served a three to five year committed sentence in MCI-Cedar Junction; extortion, assault and battery with a dangerous weapon, armed robbery, assault to rob, and gaming (1988); and negligently operating a motor vehicle (2003).

36.     As described above, JOE was a regular worker at the gambling den. In addition, although not charged with extortionate collection of a debt, JOE was involved in collecting debts for MING JAI. For example, on March 9, 2011, at 8:19 p.m., MING JAI received an incoming call to target telephone 3 from JOE, using target telephone 7. In this conversation, MING JAI told JOE to go and get $1,500 back [*i.e.*, to collect a debt] from someone at the Apollo Restaurant on Harrison Ave in Chinatown, and then to come down to "gamble" -- which is one of the ways that MING JAI and his colleagues describe dealing at the gambling den. Also, on March 16, 2011, JOE received an incoming call to target telephone 7 from SAM. JOE told SAM that JOE had given "one dime" (meaning $1,000) to "Ah Bo" (HIN PAU), apparently reporting that JOE had collected the money on behalf of MING JAI and had turned it over to HIN PAU,

18

MING JAI's enforcer and primary gambling debt collector.

37.     JOE was also involved in extending loans on behalf of the IGB. For example, on April 25, 2011, at 7:04 p.m., JOE called MING JAI from the gambling den to ask about lending a gambler, "Fei Jai" (fat boy), $2,000. MING JAI replied "Give it to him. See who has it and ... give it to him first." JOE said that "Ah Bo" [HIN PAU] was there at the den. JOE then said to "Fei Jai": "Need two thousand more, right?" The UM replied, "Yeah!" JOE said to the UM, "So it is four thousand, OK?" -- apparently referring to the total that would be due from this gambler once the additional $2,000 was added to his tab. The UM responded, "Yeah!"

38.     **HIN PAU a/k/a "Ah-Bo" a/k/a "Ah-Bao" (hereafter, HIN PAU or PAU)** resides in Quincy and was born in 1966. PAU is a trusted employee of MING JAI at the Beach Street gambling den, and works with MING JAI both on overseeing, and providing security for, gambling operations, and collecting debts. PAU was also seen at the Harrison Avenue location as early as February 2010. HIN PAU (also listed in court records as "Pau Hin") has prior convictions for possession of heroin with intent to distribute (District of Massachusetts, Case No. 02-cr-10021-NG); multiple convictions for armed robbery, assault in a dwelling, assault with a dangerous weapon (1992); manufacturing a class B substance (1988); and gaming (CWOF, 1988). PAU was still being supervised on supervised release by the Probation Office of this District pursuant to his sentence in No. at the time of 02-cr-10021-NG at the time of his arrest on June 30, 2011. The Probation Office has indicated that it intends to seek revocation of his supervised release in light of his indictment in this case, and the evidence that he has been not only consorting with MING JAI and other convicted felons, but engaging in criminal activity with them, since at least February 2010. HIN PAU has a reputation in Chinatown of being a

skilled fighter who will not hesitate to beat people up.

39.     **TAN NGO a/k/a "Bai Ming," a/k/a "Bike Ming" (hereafter, "TAN NGO" or**

**"NGO")**, resides in Waltham and was born in 1956.  NGO is a major Asian organized crime

figure in Boston's Chinatown, and has been viewed as such for decades.  NGO pled guilty in

1998 to two separate indictments in the District of Massachusetts.  The first indictment, No. 97-

cr-10284-MLW, charged NGO and two codefendants with various crimes associated with

trafficking in fraudulent credit cards.  The second indictment, No. 97-cr-10307-MLW, charged

NGO and six codefendants (including, among others, MING JAI and JIAN MING CHEN, a/k/a

FUN CAO) with heroin trafficking offenses.  NGO was sentenced in these two cases in 1998 to a

five-year term of imprisonment.  NGO was released from prison in March 2002, but detained by

then INS pending deportation proceedings.  NGO was ordered deported , but then was scheduled

for release from INS custody due to INS's inability at that time to deport him to Vietnam.  Shortly

before that scheduled release, he was indicted in this District on fraud charges in *United States v.*

*Tan Ngo*, No. 02-cr-40002-NMG.  NGO eventually pled guilty to those charges and was

sentenced on May 14, 2004, by Judge Gorton to 25 months' incarceration (which, at that point,

constituted time served), and three years' supervised release, to be served concurrently with the

supervised release term previously imposed in the heroin trafficking and credit card case.  NGO

was released from USMS custody on May 14, 2004, and then detained by ICE for a period of

time, but could not be deported for the same reasons as applied in 2002.  ICE released NGO on

August 18, 2004.  He completed the last of his federal supervised release terms on May 13, 2007.

 He became involved in MING JAI's illegal gambling business no later than about August 2010,

while MING JAI was operating the Harrison Avenue gambling den, and MING JAI told CS-3

that NGO would be running the "night shift" at MING JAI's gambling den. NGO has been

video-recorded working in the Beach Street gambling den on at least two occasions, and was also

present when BPD raided the Beach Street gambling den on May 24, 2011.

40.     NGO, who began his career in Asian organized crime in Boston as a member of

Stephen Tse's Ping On Gang in the early 1980s, became a criminal leader of Boston's Chinatown

in his own right in the early 1990s. In 1992, NGO traveled to Hong Kong to meet with Stephen

Tse (the "Sky Dragon"), who had fled Boston in 1989. NGO, who generally kept a low profile,

retreated further in September of 1994 after Truong Chi Trung successfully ordered the execution

of one of NGO's lieutenants, Phong Ly. The FBI believes that NGO approved of the retaliatory

murder of one of Truong's lieutenants, Hai Bo Lei, in March of 1995. That homicide has been

investigated both in Boston and in New Hampshire, where Hai Bo Lei's badly beaten body was

found by the side of a road. No one has ever been charged with the murder, and it remains

unsolved. The ICE removal order against NGO remains in effect.

41.     **HUI ZHOU a/k/a "PHILLIP", a/k/a "Fillip" (hereafter, "PHILLIP")** lives in

Quincy and was born in 1986. PHILLIP works for MING JAI in various capacities at the Beach

Street gambling den, including picking up and delivering large amounts of money, obtaining

marijuana for MING JAI, and helping MING JAI to collect debts by extortionate means.

PHILLIP has no known prior convictions. There is an ICE Removal Order against PHILLIP, on

which, at last report, an appeal was pending.

### Collection of Extensions of Credit by Extortionate Means

42.     During the investigation, numerous calls were intercepted that related to MING

JAI's use of extortionate means -- veiled and explicit threats of force or violence -- to collect

debts incurred primarily by gamblers, and his use of violent means to punish debtors who refused to pay. The five defendants named in Counts Two through Eleven of the indictment worked with MING JAI on such collections, and based on intercepted calls in which MING JAI threatened that he would come to see debtors together with "Brother Bo" -- a reference to MING JAI's enforcer, HIN PAU, I believe that MING JAI's right-hand man in the collection business was HIN PAU.

43.     As summarized above, CS-3, who has known HIN PAU since about the late 1980's, and is familiar with HIN PAU's reputation, has stated that HIN PAU acts as MING JAI's "muscle," his "enforcer," providing security in the gambling den, and collecting debts owed to the IGB, using violent means if necessary, which includes HIN PAU's actually beating up debtors when he has to. CS-3 told the FBI contemporaneously in October 2010 about CS-3's having heard about the incident in the Harrison Avenue gambling den where HIN PAU had confronted a Vietnamese man about an unpaid debt, fought with the man, and told one of his associates to go get a "piece of metal," meaning a gun. CS-3 described HIN PAU is a well-built and muscular man with a reputation of being someone who beats people up.

44.     CS-3 also told the FBI contemporaneously in April 2011, and subsequently testified to the grand jury, about CS-3's having overheard an argument inside the Beach Street gambling den involving MING JAI, HIN PAU and TAN NGO about money-lending practices. CS-3 described HIN PAU's shouting at TAN NGO about lending out too much money to gamblers who could not afford to pay it back, which left HIN PAU with the job of collecting the loans from such people, and having to threaten to beat them up, or actually beat them up, to get it back. According to CS-3, NGO stood up for his lending decisions, even if they made work for

22

HIN PAU, but then MING JAI, who, as boss, is senior to both HIN PAU and TAN NGO in the IGB, intervened.  MING JAI said that it was better for business to lend large amounts of money only to wealthy gamblers who had the ability to pay it back.  MING JAI cautioned that threatening to beat up, and beating up, too many gambling customers was bad for business in two ways:  gamblers who were beaten up might go to the police, and those who chose instead to run away would be lost as gambling customers, along with the gambling den's money.  As detailed in the summaries of intercepted calls below, MING JAI, who often threatens debtors with violence himself, was only trying to limit the IGB's exposure by reducing the number of times when violence or threats of violence were necessary; he was not prohibiting its use.

45.     The following are summaries of draft translations of pertinent intercepted calls over MING JAI's telephone, target telephone 3.  On December 7, 2010, MING JAI called ANDY and the two had the following conversation about one of their debtors:

ANDY:     *Hello*? Boss?

MJ:     Hey! What about those accounts?

ANDY:     His cunt! Now-now he said he's not doing well, and asked if he can pay the stuff by installments.

MJ:     Ask him—

ANDY:     [OV]

MJ:     --to take care of it. Last week. . . or, take me down there to see you.

ANDY:     No. He wants me to ask him to come up here and you talk with him.

MJ:     Either ask him to come see me or I'll bulldozer down there. *Okay*?

ANDY:     Ask him to come up here?

| MJ: | He can. . .so, if he doesn't fucking come to see me tonight, I'll bulldozer down there tomorrow. |
|---|---|
| ANDY: | Okay. |
| MJ: | Right? |
| ANDY: | *Yeah. Okay. Bye*! |

Later that afternoon, ANDY reported to MING JAI that the debtor would be arriving in ten minutes. The next day, as explained below, MING JAI threatened another debtor by stating that he had beaten up a Vietnamese guy the day before – at about the time when MING JAI was meeting with the person whom ANDY had tracked down and agreed to order to see MING JAI – for failing to pay his debt to MING JAI. MING JAI referred to the beating again in a subsequent call with a different person.

46.   On December 8, 2010, MING JAI left the following threatening voicemail message for a debtor whose name MING JAI pronounced "Kehro":

> Hey, Kehro [PH], it's about time for you to call me back. Don't be so strange. Is that okay? Let's respect each other. **It's not that. . .fuck your mother, do not think that when you don't answer your phone, you are taking care of fucking things. Okay? If I want to find you, I'll definitely find you.** You shouldn't take me for a fucking fool. I really want to let you know that first. Okay, just don't answer your phone then.

At 11:16 a.m., MING JAI placed another outgoing call to "Kehro," and actually spoke with him. In this conversation, the following exchanges occurred:

| MJ: | I'm really going down to you company to look for you. |
|---|---|
| K: | Hey, Ming Gor, give me a bit more extra time. |
| MJ: | Fuck. You said you would, and you said that, and you wouldn't answer your phone. **I'm really going down to your company. I, you didn't, I already got one  person yesterday. Let me tell you that I don't want you to be the second one.** |

. . . .

24

MJ:     I also know your people.   You weren't like this.   **One person came under my knife only yesterday.   I don't want you to be the second one.**

K:      Definitely I wouldn't be the second one.

MJ:     **Fuck, I'm most fucking mad at people who come to get my fucking money. You, you, Bo Gor ["Brother Bo" - a reference to MING JAI's enforcer, HIN PAU] made it clear.   I said I would hold the person down.   It's not that I can't get you.**

K:      I understand.   I understand.

MJ:     You, fuck, I don't care how you pay me.   Fuck your mother.   You enter my web site to gamble.   I saw that.   I called you, but you wouldn't answer.   But you said you went into a bank and wouldn't answer you phone.   **Fuck, the moment you say you wouldn't pay me, fuck your mother, just see what I would do.**

K:      Don't be so mad.   Don't be so mad.
                                    . . . .

MJ:     **Fuck, you ought to see the Vietnamese kid that I got only yesterday.   He was the one that was most fucking [UI].   I got him under the [UI].   I want to let you know that.   I don't want you to be the second one.**
                                    . . . .
K:      Give me two more weeks.   I'll definitely be able to take care of it for you.

MJ:     **If you say so, *okay*.   If you say so, then I won't make any fucking calls.   When the time comes, find out if I'm a fool.   *Okay*?   [UI]   I won't pay any more fucking attention to you.   *Okay*?   At the end of the month I want to see the money.   That's all the fucking thing I want to say.**

K:      Okay.   Definitely I'll round up the money for you.

47.     On December 10, 2010, at 12:00 a.m., MING JAI placed an outgoing call from

target telephone 3 and left the following voicemail message for a person MING JAI referred to as

"Ah Ken":

          Hey! Ah Ken [PH]. You fucking dare not to answer calls. *Okay*? It's best-it's best
          for you to answer my call and set up a fucking place. *Okay*? You are so fucking
          [?] . A few hundred dollars is nothing but your character is so puny. How can you
          be fucking like that? *Okay.* **Let me tell you. Don't let me fucking see you. If I
          fucking see you, I'll give it to you for free. Let me tell you first. If you don't**

**answer my call, to hell with your whole family. Let me tell you first.**

48.     On December 10, 2010, at 12:01 a.m., MING JAI placed an outgoing call from target telephone 3 to ANDY.  In this conversation, MING JAI asked for the number of "Ho" because Ho knew "that cunt-faced guy" who owed $600 to MING JAI, of whom MING JAI told ANDY, **"This, this bastard, it's not because of the meager six hundred dollars, I just want to beat up the son of a bitch."** ANDY provided Ho's telephone number but ANDY told MING JAI, "If you call him, he may not answer your call.  **If I call him, he definitely won't answer my call.  If *Sam* [a reference to ANDY's younger brother, SAM] called him, he might answer the call."** When MING JAI asked why, ANDY explained, **"That's because he owes me money.  The other time I said: 'If you come out, I'll definitely beat you to death.'  The moment he saw me, he would take side road to get away.  He wouldn't. . .he wouldn't dare. . .he wouldn't answer my phone calls.  But if you call him, he'll will be afraid that you are after him to collect the debt.  He and Sam are probably able to talk to each other.  If Sam called him, he might answer Sam's call.  Okay?"**

49.     On December 13, 2010, at 3:58 p.m., MING JAI placed an outgoing call on target telephone 3 to a man who worked for MING JAI in the Beach Street gambling den.  In this conversation, MING JAI asked the worker if another debtor had given him $3,000 for MING JAI.  The worker said no.  MING JAI and the worker discussed problems with ball game gambling [sports betting], because they had to pay winners, but could not collect from losers.  **MING JAI then told the worker that MING JAI had had a "Mo-Jai" (a slang term for a Vietnamese man] beaten up because of a bad debt.**

50.     On January 1, 2011, at 9:18 p.m., MING JAI placed an outgoing call from target

telephone 3 to a debtor to whom MING JAI referred as "Peter":

> Hey, Peter, you motherfucker! **If you really don't want to answer my phone calls, and if I happen to beat you up, don't complain that I haven't showed you enough courtesy. When you took my money to gamble, fuck, I loaned it to you. I was very fucking quick in loaning you the money. If you think the best is not to answer my fucking phone calls, then when I get to beat you up, you motherfucker, I'm just going to do it.**

51.     On January 1, 2011, at 9:25 p.m., MING JAI placed an outgoing call from target telephone 3 to "Kehro's" number and left the following message:

> Hey, Kehro [PH] Gor. Please return my call. You gave me your promise. Two weeks on the first. When I call you, you are not answering. Is it because…if you don't want to answer, it's not important anymore. **When the time comes, I'll go to your…Bo Gor [*i.e.*, HIN PAU] [PH] and I will go to your taxi company to look for you.**[6] *Okay*? You have the guts not to answer my calls. You take me for a [UI]. Just and see if I have the guts to go down to your place. *Okay*? That's all for now.

On January 2, 2011, at 11:16 a.m., MING JAI left another message for Kehro:

> Hey, Kehro [PH]! Today is the first already, past the first. You're not playing games, are you? You promised. You asked me to give you two weeks and another two weeks. You motherfucker, you are not what-u-ma-call-it, are you? **You had better answer my phone calls. I'm really going down to look for you. If you don't answer my call today, I'll go down later today to give it to you.** *Okay*? *Bye*.

52.     On March 13, 2011, at 12:20 p.m., MING JAI placed an outgoing call from target telephone 3 to a debtor to whom MING JAI referred as "Dai Bei" ("big nose").   In this call, MING JAI left a voicemail that if Dai Bei wants to settle it, he should call MING JAI back; **if Dai Bei refused to answer the phone, MING JAI would take it that he does not want to settle, and Dai Bei better prepare to "jup sang" (watch out)**, which in this context was a threat to use violence.   MING JAI said that this was the last time that he would speak to Dai Bei.

53.     On March 23, 2011, at 7:40 p.m., MING JAI placed an outgoing call from target

---

[6] This was a threat to bring HIN PAU, MING JAI's enforcer to the meeting with "Kehro."

telephone 3 to ANDY. In this conversation, MING JAI told ANDY to go look for "the son of Chung Wah Hong," apparently to collect a debt, adding that "because he did not turn on his phone, that means you need to go over there to look for him in person." **MING JAI explained, "When other people owe us money, of course [they] will have thick skin. Get it first and then... otherwise, if [you] can't get it, then pretend to be – pretend to be a gangster. If you can't get it, am I right?"** In this call, MING JAI was reminding ANDY to collect the debt without threats if possible, but if necessary, to act like a "gangster," *i.e.*, to threaten debtors, in order to collect debts for MING JAI.

54.     On April 3, 2011, at 11:58 a.m., MING JAI received an incoming call from one of his criminal associates, whom MING JAI called "Kevin." Kevin told MING JAI that Kevin could not find "that fucking [John Doe #1]." Kevin said he had even called up the guys in Los Angeles yesterday, and no one could find John Doe #1, but that the guys said Hing was in Boston. MING JAI told Kevin that MING JAI himself was looking for John Doe #1 too. Kevin said that John Doe #1 owed Kevin "leong pei," which I believe meant $20,000. **MING JAI then told Kevin that MING JAI would have John Doe #1 beaten up if MING JAI finds John Doe #1**, and that MING JAI would call Kevin back on another phone about the matter. This is one of several occasions when MING JAI referred to his "other phone," which he apparently used for criminal discussions that MING JAI thought too serious to be discussed on target telephone 3.

55.     On April 12, 2011, at 11:27 a.m., during an intercepted conversation with HUI ZHOU, a/k/a "Phillip" ("PHILLIP"), MING JAI (who was in the hospital that day) told PHILLIP to call Sei Ngan Mui ("four-eyed girl" = girl with glasses). PHILLIP said he did not have her

28

telephone number. After discussing other debtors and collections that PHILLIP was working on

for MING JAI, PHILLIP asked MING JAI for Sei Ngan Mui's telephone number. MING JAI

replied that she [Sei Ngan Mui's debt] was due on the 15th. The next day, April 13, 2011, at

10:08 a.m., MING JAI, still in the hospital, called one of his debtors, an unidentified female (UF)

who had been involved in several previous debt-related calls with MING JAI, and who, based on

another intercepted call described below, I believe is the "Sei Ngan Mui" described in MING

JAI's April 12 conversation with PHILLIP. MING JAI told Sei Ngan Mui during this call to pay

PHILLIP. Sei Ngan Mui replied that she would pay as soon as she rounded up enough money.

On April 14, 2011, at 10:24 a.m., MING JAI called PHILLIP again. After discussing PHILLIP's

efforts to collect money from another debtor, MING JAI told PHILLIP to call "Sei Ngan Mui,"

who owed MING JAI $11,000 or $12,000, at 617-407-8421. MING JAI said that Sei Ngan Mui's

debt was due to be paid on April 15th, and that PHILLIP should hold on to the payment. Later in

the conversation, MING JAI then told PHILLIP that a debtor, whom MING JAI described as a

short, quiet man with a small mole, owed MING JAI $6,000, and told PHILLIP, "**If you see him

grab him and tell him to give me a call**." A few moments later, at 10:36 a.m., PHILLIP called

MING JAI back and reported that the debtor would call MING JAI tomorrow.

56.     MING JAI left the hospital on the afternoon of April 14, 2011. On April 15,

2011, at 10:12 a.m., MING JAI called PHILLIP. After asking about PHILLIP's collection efforts

as to another debtor, MING JAI then asked PHILLIP about debtor "Sei Ngan Mui." PHILLIP

said that she would call in the afternoon. MING JAI told PHILLIP twice that PHILLIP must call

her. On April 15, 2011, at 8:21 p.m., MING JAI received a call from the number MING JAI had

identified as used by "Sei Ngan Mui," and spoke with an unidentified female, who I believe was

the woman MING JAI refers to as "Sei Ngan Mui." During the call, the UF told MING JAI that she may be traveling to Mainland China in two months, that she had borrowed money because her mother was sick, and that she had already repaid $5,000. She asked MING JAI to help her by "cutting it," apparently referring to the principal owed or the probably extortionate interest rate that MING JAI is charging her. **MING JAI responded that he already "fucking talked" to his "company" about what she had "fucking promised" before, and that he could not help her any more because his company might think that he has taken and kept all her money. MING JAI said he did not care about her situation, and did not want to be "fucking bothered" with her. MING JAI then said he did not want to talk further on this telephone, and that he would call her on another telephone. As explained above, I believe that this indicated that MING JAI was about to get even more serious with Sei Ngan Mui. Four minutes later, at 8:25 p.m., MING JAI received a call from PHILLIP, who reported that PHILLIP had just collected the money from "Sei Ngan Mui" and would bring it over to MING JAI now. MING JAI told Phillip to bring the money to MING JAI.** I believe that this means that MING JAI's threats to Sei Ngan Mui had had their desired effect.

57.     As described above, CS-3 reported contemporaneously in April 2011, and later testified in the grand jury, about his having overheard an argument in the Beach Street gambling den involving MING JAI, TAN NGO, and HIN PAU over the problems arising from lending too much money to debtors who lacked the resources to pay it back, including, in particular, that this practice was requiring HIN PAU to have to beat too many people up, which has the adverse effects of scaring gambling customers away and increasing the risk that debtors would go to the police. This clearly did not mean that MING JAI was abandoning the use of extortionate means

to collect debts.

58.     On May 13, 2011, at 7:06 p.m., MING JAI placed an outgoing call from target telephone 3 and left another message for "Kehro": **"Brother Kehro, you had better call me back. You should have taken care of everything by now. I had really been gracious to you the other day when I saw you. Don't be so fucking stuck up and answer the phone. Otherwise I will send them down to look for you. Okay? Alright."**

59.     On May 21, 2011, at 8:55 p.m., YAO ZHENG CAO, a/k/a "Sam" ("SAM") called MING JAI and reported that SAM had spotted one of MING JAI's debtors, "Peter" eating in a Japanese restaurant on the South Shore where Sam was eating with two other gambling den employees.  MING JAI instructed SAM to ask Peter when Peter will repay, and to tell Peter that Peter should pay, **but not to beat him up at this time**.  MING JAI told SAM to tell Peter they have to make payroll and things like that, and to inform Peter that Peter cannot play with them, although MING JAI knows that Peter is in a jam right now.  **SAM asked MING JAI, "Do I need to get serious?"  MING JAI said, "Uh huh."  SAM said, "Um hum."  MING JAI then clarified his instructions to SAM:  "Just play both hard and soft."**  I believe, based on the investigation and the information set forth above about MING JAI's debt-collection techniques, that MING JAI's instructions to SAM meant that SAM (who was willing to "get serious" right then if MING JAI asked him to do so) should not beat Peter up now, but should make it clear that if Peter did not pay, violence would follow.

## CASE NO. 11-10252-NMG

60.     On June 30, 2011, a grand jury sitting in the United States District Court for the District of Massachusetts returned an indictment charging WEI XING CHEN a/k/a "Ah-Hung,"

a/k/a "Lo Biu," a/k/a "Lo Gai" and YUE Q. HE, a/k/a "Ah-Kay," a/k/a "Ah-Ken" [hereinafter

"AH-KAY"] with conspiracy to possess with intent to distribute and to distribute 3,4-

methylenedioxymethamphetamine ("MDMA") and 1-benzylpiperazine ("BZP") in violation of

21 U.S.C. § 846.  In addition, the grand jury further charged WEI CHEN, AH-KAY, and

XIAOHONG XUE a/k/a "Tina" [hereinafter "TINA"] with conspiracy to induce, entice, persuade

and coerce individuals to travel in interstate and foreign commerce to engage in prostitution (the

"Mann Act") in violation of 18 U.S.C. § 371.

61.    **WEI XING CHEN a/k/a "Ah-Hung," a/k/a "Lo Biu," a/k/a "Lo Gai,"**

(hereinafter "WEI CHEN")  is a naturalized United States citizen.  WEI CHEN is a long time

brothel operator in Boston and Cambridge, Massachusetts, since at least 2005.  WEI CHEN has a

prior conviction for operating a house of prostitution and procuring a person for prostitution

(2007).  Investigation to date has also established that WEI CHEN is a  mid-level narcotics dealer

in the Boston area, selling ecstasy and marijuana.  As discussed below, he engaged in an ecstasy

deal with his cousin Tong Chen[7] and investigation also revealed that he sold marijuana.  Finally,

WEI CHEN operates a sports book-making business, in conjunction with MING JAI.  The

marijuana and bookmaking are not charged against WEI CHEN.

62.    As charged in Count One of the Indictment in Cr. No. 11-10252-NMG, WEI

CHEN is charged with conspiring with AH-KAY and others to distribute and possess with intent

to distribute MDMA and BZP.  In Count Two of the Indictment, AH-KAY is charged with

---

[7]Wan Lan Chen, a/k/a "Ah Tong," a/k/a "Tong Chen," a/k/a "Hou Chen" ("Tong Chen")
was charged with conspiracy to distribute and possess with intent to distribute MDMA in the
Southern District of New York (Cr. No. 09-456).  Tong Chen is a fugitive and believed to be in
China.  Tong Chen is the cousin and longtime criminal associate of WEI CHEN.

distributing and possessing with the intent to distribute BZP on September 13, 2008.  Count Two

arose from a controlled purchase by an FBI cooperating source (hereinafter, "CS-1").[8]  In sum,

"Tong Chen," CS-1, AH-KAY and Tong Chen's girlfriend traveled from New York to Boston.

They went to AH-KAY's apartment in Chinatown.  CS-1 left to meet with the FBI and to be

equipped with a recorder and money; in the meantime, WEI CHEN supplied the pills to AH-

KAY's where they were counted.  CS-1 drove back to AH-KAY's apartment, where AH-KAY

delivered the pills to CS-1's car.  Significantly, the deal was about 600 pills short, as WEI CHEN

and Tong Chen discussed:

> Tong Chen:     Short 600.
>
> WEI CHEN:     Short 600?
>
> Tong Chen:     Only 2,407 pills, that means it's 593 short.
>
> WEI CHEN:     Is he coming over now?
>
> Tong Chen:     No, I haven't call him yet.  If you go back to get it, then I'll wait for you.
>
> WEI CHEN:     Can't go back.
>
> Tong Chen:     Then, I'll give it to that person.
>
> WEI CHEN:     You go ahead to give him, that's all I got.
>
> Tong Chen:     Yes, good.

63.     WEI CHEN in conjunction with his cousin Tong Chen has been operating

brothels in Boston since at least 2005.  In 2006, Boston Police conducted a search of WEI CHEN

---

[8] Prior to each of the buys in this investigation, agents searched the CW for money or
contraband, provided the CW with an audio/video recording device and monitor, and provided
the CW with a set amount of Official Government Currency ("OGC") to make the purchase.
After each of the buys, agents searched the CW, and retrieved any unused OGC, and the firearms,
ammunition, and recorder.

and a brothel operated by him at 49 Pratt Street, Allston.  The search yielded extensive evidence

of prostitution activities, including condoms, lubricants, cellphones, notebooks and

approximately $7,500 in cash.  WEI CHEN was arrested for deriving support from prostitution

and maintaining a house of prostitution.raided a previous location.  Three Asian women, of

Flushing, New York, Los Angeles, California, and Chicago, Illinois, were arrested for sex for a

fee.

64.     During the course of the investigation, WEI CHEN has serially operated three

brothels in Cambridge, at 108 2d Street, 185 Charles Street, and 87 Gore Street.  In addition,

WEI CHEN for a short time operated a second brothel at 171 Everett Street, Boston.  WEI

CHEN staffs his brothel with predominantly Asian prostitutes, who he induces to travel from

out-of-state to work for one to two weeks each at his location.  WEI CHEN has been assisted in

operation of the brothel by co-conspirators AH-KAY and TINA, who is also one of his

prostitutes, and others.

65.     On January 28, 2010, CS-3 made a consensual recording at WEI CHEN's brothel,

at that time located at 185 Charles Street, Cambridge, Massachusetts.  In the context of CS-3's

discussing being busted, WEI CHEN said "You were busted in New York. When my whore

house got busted, I now know who framed me. Fuck....  If you can stay in the kitchen, you an

take the heat. Right? Is that right? Like me, what the fuck am I doing? Fuck I am breaking the

law, but I'm breaking any major law. I'm just opening a whore house. Fuck, what kind of law am

I breaking, right? Right? There's nothing."

66.     As part of the takedown on June 30, 2011, agents executed a search warrant for 87

Gore Street, Unit 1, where WEI CHEN operated his brothel.  They recovered evidence of

prostitution, including a case of approximately 2,000 condoms, ledgers and other material. In addition, there was a sex for a fee customer there and two prostitutes, who were released. They also recovered a key envelope for a safe deposit box, which was searched on July 6, 2011, also pursuant to a search warrant. Agents found and seized *exactly* $100,000, mostly in 100s, some with original bank wrappers still on them.

### Threats By WEI CHEN and WILLIS

67.     On October 26, 2010, at 8:05 p.m., WEI CHEN learned that an employee at the brothel, "John Doe #2" had been beaten by Malaysians at a nightclub in Quinch. WEI CHEN said that John Doe #2 should have WILLIS beat up his attackers. WEI CHEN said that he would have the attackers beaten and suggested that John Doe #2 wait for WILLIS at the brothel. Later that night, WEI CHEN placed three successive calls to WILLIS, which I believe were in furtherance of his attempt to have the Malaysians beaten.

68.     On October 27, 2010, at 8:45 p.m., WEI CHEN spoke to WILLIS. WEI CHEN said his kid, John Doe #2, had been beaten by some Malaysian guys in Quincy the other day. WILLIS said "What is his name? I want to get the son of a bitch. Where is he right now?" WEI CHEN said that he [meaning John Doe #2, not the Malaysian] was "watching my shop [the brothel] for me today. He, he, a few days earlier ... went to a Quincy Karaoke place and was beaten up." WILLIS said, "Okay, who beat him up? At this time, where is the person who beat him up?" WEI CHEN said, "that kid, I don't know. Only John Doe #2, John Doe #2 knows. Ask ... John Doe #2 to take you there.... Get him." WILLIS said "Ask, call me, I want to find somebody, I want to get the son of a bitch." WILLIS said that he would go see John Doe #2 in thirty minutes. I believe that WEI CHEN was soliciting WILLIS to assault the Malaysians in

retribution for their beating of WEI CHEN's employee and associate, John Doe #2, and to send a message not to interfere with WEI CHEN's business.

69.     On October 31, 2010, at 10:25 p.m., WEI CHEN spoke to someone he called "Bo Jai." WEI CHEN told "Bo Jai" that someone had beat up John Doe #2 in Quincy the previous night and that a Malaysian guy had hit him with a bottle in the bathroom.  WEI CHEN told Bo Jai to stop the guy harassing John Doe #2 or WEI CHEN would "whack" him.

## CONCLUSION

70.     For the foregoing reasons, each of the Targets should be detained pending trial.

Signed under the pains and penalties of perjury, this 7th day of July, 2011.

THOMAS CONBOY
Special Agent
Federal Bureau of Investigation