**CERTIFICATE OF SERVICE**

      I hereby certify that today I am filing herewith an affidavit via the ECF system, which will cause a copy to be sent by electronic mail to all counsel of record.

Dated: July 7, 2011                  s/Richard L. Hoffman
                                          Richard L. Hoffman
                                          Assistant U.S. Attorney